AO 106 (Rev. 04/10) Application for a Search Warrant

# UNITED STATES DISTRICT COURT
for the
District of Kansas

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br>Information associated with SNAPCHAT USER NAMES:<br>Display Name: NBH CEO; Username: bigglilc316<br>THAT IS STORED AT PREMISES CONTROLLED BY SNAPCHAT INC., as further described in Attachment A. | )<br>)<br>)   Case No.  20-6133-GEB<br>)<br>)<br>) |

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location):*

See Attachment A

located in the _____Central_____ District of _____California_____, there is now concealed *(identify the person or describe the property to be seized):*

See Attachment B

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more):*

☑ evidence of a crime;

☑ contraband, fruits of crime, or other items illegally possessed;

☑ property designed for use, intended for use, or used in committing a crime;

☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. Section 841(a)(1) | possession with intent to distribute and distribution of a controlled substance |
| 21 U.S.C. Section 924(c)(1)(A) | possession of a firearm in furtherance of a drug trafficking crime |

The application is based on these facts:

☑ Continued on the attached sheet.

☐ Delayed notice of _____ days (give exact ending date if more than 30 days: _____) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*Applicant's signature*

Aaron L. Chaffee, Special Agent, ATF
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 10/13/2020

*Judge's signature*

City and state: Wichita, Kansas

Honorable Gwynne E. Birzer, U.S. Magistrate Judge
*Printed name and title*

## ATTACHMENT A

### Property to Be Searched

This warrant applies to information associated with the Snapchat username

### Display Name: NBH CEO

### Username: bigglilc316

that is stored at premises owned, maintained, controlled, or operated by Snapchat Inc., a company headquartered in, Venice, California.

## ATTACHMENT B

### Particular Things to be Seized

**I.  Information to be disclosed by Snapchat:**

To the extent that the information described in Attachment A is within the possession, custody, or control of Snapchat Inc. ("Snapchat"), including any messages, records, files, logs, or information that have been deleted but are still available to Snapchat, or have been preserved pursuant to a request made under 18 U.S.C. § 2703(f), Snapchat is required to disclose the following information to the government for the user ID listed in Attachment A:

(a) All subscriber information, including but not limited to: names; email addresses; screen names; addresses; detailed billing records of session times and durations; length of service (including start date) and types of service utilized; telephone or instrument number or other subscriber number or identity, including any temporarily assigned network address; and the means and source of payment for such service (including any credit card or bank account number); and date of birth.

(b) For the period of August 1, 2020 to September 29, 2020, all transactional information, including: logs of Internet Protocol address connections, including dates, times and time zones, and any ANI information made available to Snapchat; address books; Friend Listing, with Friends Snapchat ID's, Group listings, with Snapchat Group ID's; and account history, including contacts with Snapchat support services and records of actions taken online by the subscriber or by Snapchat support staff in connection with the service, any contents and/or posts on the "wall" of the Snapchat account, including but not limited to pictures and status updates.

(c) For the period of August 1, 2020 to September 29, 2020, the contents of electronic or wire communications held in accounts of the persons assigned the screen names identified in Attachment A, including: all electronic or wire communications (including email text, attachments, and embedded files) in electronic storage by Snapchat, or held by Snapchat as a remote computing service, within the means of the Stored Communications Act; all photos in Photoprint, files, data or information in whatever form and by whatever means they have been created or stored; and all World-Wide Web profiles or homepages.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| |
|---|
| IN THE MATTER OF THE SEARCH OF INFORMATION ASSOCIATED WITH **SNAPCHAT USER NAMES:** <br><br> **Display Name: NBH CEO** <br><br> **Username: bigglilc316** <br><br> THAT IS STORED AT PREMISES CONTROLLED BY SNAPCHAT INC. |

**AFFIDAVIT IN SUPPORT OF**
**AN APPLICATION FOR A SEARCH WARRANT**

I, Aaron L. Chaffee, being first duly sworn, hereby depose and state as follows:

## INTRODUCTION AND AGENT BACKGROUND

1. Affiant has been employed as a Special Agent of the ATF since January 2015. Affiant is currently assigned to the Wichita Field Office in Wichita, KS. As a Special Agent with ATF, affiant attended the Federal Law Enforcement Training Center's Criminal Investigator Training Program and ATF Special Agent Basic Training. Prior to being employed by ATF, affiant was employed by the Wichita Police Department ("WPD"), affiant was employed as a Special Community Action Team officer ("SCAT") and a Gang Intelligence Officer, that specialized in violent crime and drug related investigations. As a Special Agent with ATF and/or WPD, affiant has received training in arson, explosives, firearms, tobacco, violent crime, gang related investigation and drug trafficking investigations. As a Special Agent with ATF and/or WPD, affiant has conducted and/or

participated in investigations involving, explosives, firearms, controlled substances, and violent crimes. Affiant has utilized confidential informants to obtain information and evidence, conducted thousands of interviews of suspects and witnesses, written and executed both federal and state search warrants, and written and executed state arrest warrants. Affiant has conducted and/or participated in investigations resulting in the seizure of contraband, currency, vehicles, and other evidentiary items related to drug and violent crime investigations. Throughout those investigations, I have become familiar with how computers and social media are used throughout the "criminal world," I have become aware that information stored by social media companies on behalf of its subscribers and users can assist law enforcement in criminal investigations.

2.   I make this affidavit in support of an application for a search warrant for information associated with certain Snapchat usernames that are stored at premises owned, maintained, controlled, or operated by Snapchat Inc. ("Snapchat"), a social networking company headquartered in Venice, CA. The information to be searched is described in the following paragraphs and in Attachment A. This affidavit is made in support of an application for a search warrant under 18 U.S.C. §§ 2703(a), 2703(b)(1)(A) and 2703(c)(1)(A) to require Snapchat to disclose to the government records and other information in its possession, pertaining to the subscriber or customer associated with the user ID's. The information to be disclosed by Snapchat is described in Attachment A, which will be searched by law enforcement for the information described in Attachment B.

3. The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other agents and witnesses. This affidavit is intended to show merely that there is sufficient probable cause for the requested warrant and does not set forth all of my knowledge about this matter.

## PROBABLE CAUSE

4. From speaking with agents and investigators involved in this investigation, from reviewing written reports regarding this investigation, and from my personal involvement in this investigation, affiant knows the following:

    A. Your affiant was investigating Cesar VILLEGAS' involvement it selling counterfeit prescription pills containing fentanyl and/or other drugs via social media.

    B. On November 26, 2019, your affiant learned from an ATF Undercover (UC) a conversation with Cesar VILLEGAS was established via Snapchat to purchase "30s" (slang for counterfeit prescription pills containing Fentanyl). Your affiant learned from the ATF UC that a deal was arranged with Cesar VILLEGAS to sell the ATF UC 10 of these pills. The deal was arranged using Snapchat. The ATF UC later met with Cesar VILLEGAS and purchased the pills, as arranged via Snapchat.

    C. On December 6, 2019, your affiant learned from an ATF UC a conversation with Cesar VILLEGAS was established via Snapchat to purchase

3

additional counterfeit prescription pills containing Fentanyl. Your affiant learned from the ATF UC that a deal was arranged with Cesar VILLEGAS to sell the ATF UC 100 of these pills. The deal was arranged using Snapchat. The ATF UC later met with Cesar VILLEGAS. During the deal, an additional 25 pills were purchased for a total 125 pills. In addition, during the deal, a conversation about purchasing firearms transpired between the ATF UC and Cesar VILLEGAS. To which, Cesar VILLEGAS then displayed a firearm to the ATF UC. Cesar VILLEGAS presented the firearm, as it was located between the driver's seat and the center console. Your affiant learned from the ATF UC, the firearm Cesar VILLEGAS was in possession of during the pill deal, is believed to be, a Glock semiautomatic firearm. Similar to the first deal, this deal was also arranged via Snapchat.

D. On September 3, 2020, your affiant learned from an ATF UC a conversation with Cesar VILLEGAS was established via Snapchat to purchase more counterfeit prescription pills containing Fentanyl. Your affiant learned from the ATF UC that a deal was arranged with Cesar VILLEGAS to sell the ATF UC 200 of these pills. The deal was arranged using Snapchat. The ATF UC later met with Cesar VILLEGAS and purchased the pills, as arranged via Snapchat.

E. While arranging the aforementioned counterfeit prescription pills containing Fentanyl deal, your affiant learned that Cesar VILLEGAS uses the Snap Profile,

    i.    Display Name, **NBH CEO**; Username, **bigglilc316**

  F. Your affiant knows Cesar VILLEGAS regularly communicates, shares posts, comments, "likes" and posts photographs/videos with others utilizing social media, such as Snap. Your affiant has conducted investigations where individuals advertised, arranged and conducted business, including but not limited to, selling drugs and/or firearms using social media platforms such as Facebook and Snapchat. Through this investigation, it was common for individuals to take photographs and/or videos of aforementioned items to assist in conducting business.

  5. Based on my training and experience and the facts as set forth in this affidavit, there is probable cause to believe that evidence of possession with intent to distribute and distribution of a controlled substance, in violation 21 U.S.C. § 841(a)(1) and possession of a firearm in furtherance of a drug trafficking crime, in violation of 21 U.S.C. § 924(c)(1)(A), will be found in "Snapchat." The facts in this affidavit come from my personal observations, my training and experience, and information obtained from special agents, other law enforcement officers, and witnesses. From these things, I have learned that:

  A. Individuals involved in firearm and drug distribution commonly use cellular telephones, "smart phones," desktop and notebook computers, and/or other similar electronic devices, to produce and/or display their illicit activities;

B. On such devices, these individuals are known to access and post to social media platforms such as Snapchat, Facebook, YouTube, Twitter, Instagram, etc. to promote their illicit lifestyle.

C. These postings are an attempt to further their criminal influence by highlighting their fearless attitude, willingness to use violence, and overall availability of firearms and drugs, which are made much more efficient and far reaching through social media systems.

D. Firearm and drug traffickers also utilize Snapchat programs and functions to communicate about their various criminal activities.

## TECHNICAL BACKGROUND RELATING TO SNAPCHAT

6. Snapchat utilizes "Snaps," this is when a user takes a photo or video using their camera phone in real-time and then selects which of their friends to send the message to. Unless the sender or recipient opts to save the photo or video, the message will be deleted from their devices (after the content is sent in the case of the sender and after it's opened in the case of the recipient). Users are able to save a photo or video they've taken locally to their device or to "Memories," which is Snapchat's cloud-storage service.

7. Snapchat utilizes "Stories," which a user can add photo or video "Snaps" to their "Story," Depending on the user's privacy setting, the photos and videos added to a "Story" can be viewed by either all Snapchatters or just the user's friends for up to 24 hours. "Stories" can be saved in "Memories." A user can also edit and send "Snaps" and

6

create "Stories" from these "Memories," "Snaps," "Stories" and other photos and videos saved in "Memories" are backed up by Snapchat and may remain in "Memories" until deleted by the user.

8. Snapchat utilizes "Memories," which is Snapchat's cloud-storage service. Users can save their sent or unsent "Snaps," posted "Stories," and photos and videos from their phone's photo gallery in "Memories." A user can also edit and send "Snaps" and create "Stories" from these "Memories." "Snaps," "Stories," and other photos and videos saved in "Memories" are backed up by Snapchat and may remain in "Memories" until deleted by the user.

9. Snapchat utilizes "Chat," which a user can also types messages, send photos, videos audio notes, and video notes to friends with the Snapchat app using the "Chat" feature. A user sends a "Chat" message to a friend, and once it is viewed by both parties – and both parties swipe away from the "Chat" screen – the message will be cleared. Within the Snapchat app itself, a user can opt to save part of the "Chat" by tapping on the message that they want to keep. The user can clear the message by tapping it again.

## INFORMATION TO BE SEARCHED AND THINGS TO BE SEIZED

10. I anticipate executing this warrant under the Electronic Communications Privacy Act, in particular 18 U.S.C. §§ 2703(a), 2703(b)(1)(A) and 2703(c)(1)(A), by using the warrant to require Snapchat to disclose to the government copies of the records and other information (including the content of communications) particularly described in

7

Attachment B. Upon receipt of the information described in Attachment B, government-authorized persons will review that information to locate the items described in Attachment B.

## CONCLUSION

11. Based on my training and experience, and the facts as set forth in this affidavit, there is probable cause to believe that on the computer systems in control of Snapchat there exists evidence of crimes of possession with intent to distribute and distribution of a controlled substance in violation 21 U.S.C. § 841(a)(1) and possession of a firearm in furtherance of a drug trafficking crime, in violation of 21 U.S.C. § 924(c)(1)(A). Accordingly, a search warrant is requested.

12. This Court has jurisdiction to issue the request warrant because it is "a court of competent jurisdiction" as defined by 18 U.S.C 2711, 18 U.S.C. 2703(a), 2703(b)(1)(A) and 2703(C)(1)(A). Specifically, the Court is a district court of the United States that has jurisdiction over the offense being investigated.

13.     Pursuant to 18 U.S.C. 2703(g), the presence of a law enforcement officer is not required for the service or execution of this warrant.

_____
AARON L. CHAFFEE
ATF Special Agent

Subscribed and sworn to before me on the ___13th___ day of October, 2020:

_____
HONORABLE GWYNNE E. BIRZER
UNITED STATES MAGISTRATE JUDGE
DISTRICT OF KANSAS